EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Raymond J. Russo Correa | 2007 TSPR 37<br><br>170 DPR ____ |

Número del Caso: TS-6368

Fecha: 6 de marzo de 2007

Abogado de la Parte Peticionaria:

        Por Derecho Propio

Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías

Materia: Renuncia al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Raymond J. Russo Correa

TS-6368

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de marzo de 2007

Vista la carta presentada por el Lcdo. Raymond J. Russo Correa, expresando su renuncia al ejercicio de la abogacía, así como la Moción Contestando Resolución presentada por el Colegio de Abogados de Puerto Rico, presentada el 13 de febrero de 2007, se autoriza la baja voluntaria del Lcdo. Raymond J. Russo Correa de la profesión de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo